JOSE MELVIN GONZALEZ,       )
                                 )
          Plaintiff        )   3:24-CV-00293-RAL
                                 )
       vs.        )   RICHARD A. LANZILLO
                               )   Chief United States Magistrate Judge
LEONARD ODDO, IN HIS OFFICIAL   )
CAPACITY AS WARDEN OF   )   ORDER ON PETITION FOR WRIT OF
MOSHANNON VALLEY   )   HABEAS CORPUS
PROCESSING CENTER; BRIAN   )
MCSHANE, IN HIS OFFICIAL   )   IN RE: ECF NO. 1
CAPACITY AS ACTING FIELD   )
OFFICE DIRECTOR OF THE   )
IMMIGRATION AND CUSTOMS   )
ENFORCEMENT, ENFORCEMENT   )
AND REMOVAL OPERATIONS   )
PHILADELPHIA FIELD OFFICE;   )
ALEJANDRO MAYORKAS, IN HIS   )
OFFICIAL CAPACITY AS   )
SECRETARY OF THE DEPARTMENT   )
OF HOMELAND SECURITY; AND   )
MERRICK GARLAND, IN HIS   )
OFFICIAL CAPACITY AS ATTORNEY   )
GENERAL OF THE UNITED   )
STATES;   )
                                 )
         Defendants     )

## ORDER

AND NOW, this 30th day of March, 2026, in accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that the petition for a writ of habeas corpus filed by Petitioner, Jose Melvin Gonzalez, is GRANTED.

It is further ORDERED:

11

1.      Respondents are DIRECTED within ten (10) days from today to provide Petitioner an individualized bond hearing before a neutral immigration judge; and

2.      The parties must FILE a status report no later than seven (7) days post-bond hearing with the Court, confirming the bond hearing and updating the Court on its outcome.

BY THE COURT:

RICHARD A. LANZILLO
CHIEF UNITED STATES
MAGISTRATE JUDGE

12